IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COOL PET STUFF, LLC**                                                                       **PLAINTIFF**

V.                                         **3:21CV00054 JM**

**PETS FIRST, INC. d/b/a**
**PETS FIRST OF NEW JERSEY, INC.**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 17th day of August, 2021.

_____
James M. Moody Jr.
United States District Judge